**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

_____ District of  NEVADA _____
(State)

Case number (*if known*): _____  Chapter ___7___

☐ Check if this is an
amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

1. **Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

2. **Debtor's name**

VERDE PARTNERS, INC., a Nevada corporation

3. **Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

VERDE REAL ESTATE HOLDINGS, a
Nevada limited liability company

4. **Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

EIN __ __ – __ __ __ __ __ __ __

5. **Debtor's address**

**Principal place of business**

732 S. 6TH STREET
Number        Street

SUITE N

LAS VEGAS                    NV    89101
City                                     State   ZIP Code

CLARK
County

**Mailing address, if different**

Number        Street

P.O. Box

City                               State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                               State    ZIP Code

Debtor  **VERDE PARTNERS, INC., a Nevada corporation**
<sub>Name</sub>                                                                    Case number (if known)_____

---

**6.  Debtor's website** (URL)  _____

---

**7.  Type of debtor**

☒  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐  Partnership (excluding  LLP)
☐  Other type of debtor. Specify: _____

---

**8.  Type of debtor's business**

*Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒  None of the types of business listed.
☐  Unknown type of business.

---

**9.  To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒  No
☐  Yes. Debtor _____    Relationship _____

District _____  Date filed _____    Case number, if known_____
                                          MM / DD / YYYY

Debtor _____    Relationship _____

District _____  Date filed _____    Case number, if known_____
                                          MM / DD / YYYY

---

**Part 3:    Report About the Case**

---

**10.  Venue**

*Check one:*

☒  Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐  A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11.  Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒  The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐  Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12.  Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒  No
☐  Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor    VERDE PARTNERS, IN., a Nevada corporation                Case number (if known)_____
_____
          Name

**Name and mailing address of petitioner**

GARY & CINDY PEDERSON
_____
Name

9263 PARKSIDE DRIVE
_____
Number    Street

PRAIRIE VILLAGE              KA        66207
_____
City                         State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

J. CRAIG DEMETRAS
_____
Name

230 E. LIBERTY ST
_____
Number    Street

RENO                         NV        89501
_____
City                         State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/18/2025
            _____
            MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

J. CRAIG DEMETRAS
_____
Printed name

DEMETRAS LAW
_____
Firm name, if any

230 E. LIBERTY ST
_____
Number    Street

RENO                         NV        89501
_____
City                         State     ZIP Code

Contact phone  (775) 348-4600  Email  jcd@demetraslaw.com

Bar number    4246
            _____

State         NEVADA
            _____

✖ _____
Signature of attorney

Date signed    _____
            MM / DD / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                         State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                         State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _____
            MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                         State     ZIP Code

Contact phone  _____  Email  _____

Bar number    _____

State         _____

✖ _____
Signature of attorney

Date signed    _____
            MM / DD / YYYY

| Debtor | VERDE PARTNERS, IN., a Nevada corporation | Case number (if known) |
|---|---|---|
| | Name | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| CHRIS & ROWENA WARDRIP | UNSECURED | $ 1,500,000.00 |
| GARY & CINDY PEDERSON | UNSECURED | $ 440,000.00 |
| | | $ |
| | Total of petitioners' claims | $ 1,940,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:   Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| CHRIS & ROWENA WARDRIP | J. CRAIG DEMETRAS |
| Name | Printed name |
| 6600 NORTHWEST COOKINGHAM ROAD | DEMETRAS LAW |
| Number   Street | Firm name, if any |
| KANSAS CITY          MO          64164 | 230 E. Liberty St. Reno, NV 89501 |
| City          State          ZIP Code | Number   Street |
| | RENO          NV          89501 |
| **Name and mailing address of petitioner's representative, if any** | City          State          ZIP Code |
| J. CRAIG DEMETRAS | Contact phone (775) 348-4600  Email jcd@demetraslaw.com |
| Name | |
| 230 E. Liberty St. | Bar number 4246 |
| Number   Street | |
| RENO          NV          89501 | State NEVADA |
| City          State          ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/06/2025
              MM / DD / YYYY

X *Chris and Rowena Wardrip*
Signature of petitioner or representative, including representative's title

X *(signature)*
Signature of attorney

Date signed
MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3