DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Petitioning Creditors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE | BK-N-25-50504-HLB |
|---|---|
| VERDE PARTNERS, INC., A NEVADA CORPORATION, aka VERDE REAL ESTATE HOLDINGS, A NEVADA LIMITED LIABILITY COMPANY,<br><br>Debtor<br>_____/ | Chapter 7<br><br>**CERTIFICATE OF SERVICE RE: SUMMONS TO DEBTOR IN INVOLUNTARY CASE; AMENDED SUMMONS TO DEBTOR IN INVOLUNTARY CASE; AND INVOLUNTARY PETITION** |

I.    On June 4, 2025, I served the following documents:

**SUMMONS TO DEBTOR IN INVOLUNTARY CASE; AMENDED SUMMONS TO DEBTOR IN INVOLUNTARY CASE; AND INVOLUNTARY PETITION**

II.    I served the above-named document(s) by the following means to the persons as listed below:

☐a.    **ECF System** (You must attach the "Notice of Electronic Filing, or list all persons and addresses and attach additional paper if necessary)

☒b.    **United States mail, postage fully prepaid as well as by certified mail with return receipt requested**
(List persons and addresses. Attach additional paper if necessary)

Verde Partners, Inc.
Verde Real Estate Holdings, LLC
c/o Northwest Registered Agent, LLC
732 S. 6th Street, Suite N
Las Vegas, NV 89101

1

☐ c.  **Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

For a party, delivery was made by handing the document(s) to the party or be leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d.  **By direct email** (as opposed to through the ECF System)
(List persons and email addresses. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e.  **By fax transmission** (List persons and fax numbers. Attach additional paper if necessary.)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f.  **By messenger** (List persons and addresses. Attach additional paper if necessary)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service.)

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on June 5, 2025

/s/ Julie Ann Raum
By: Julie Ann Raum

2